UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 12-00601 DDP (DTBx)                                                  Dated: June 13, 2012

Title:   DIANE BEALL fka TEMPLIN -v- QUALITY LOAN SERVICE CORP; ONEWEST BANK, F.S.B.
=====================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

     John A. Chambers                             None Present
     Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                          None

PROCEEDINGS:         MINUTE ORDER (IN CHAMBERS)


    **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS (DOCKET NUMBER 5) is hereby continued from June 18, 2012 to Thursday, July 12, 2012 at 10:00 a.m.



MINUTES FORM 11                                                    Initials of Deputy Clerk   JAC
CIVIL -- GEN